At a subsequent day, the
 

 CHIEF JUSTICE
 

 announced briefly the court’s opinion, that independently of the record’s not showing a proper certificate, — this itself being a sufficient ground for dismissal, — the amount in controversy was insignificant, and that the court was satisfied, .on an inspection of the papers, that the
 
 allocatur
 
 was inadvertently
 
 *200
 
 •sanctioned. There was, he said,, no principle involved of such extensive application as to bring the case within the act of Congress giving jurisdiction on a judge’s
 
 allocatur
 
 when the. amount in controversy is less than $1000. Notwithstanding the
 
 allocatur,
 
 therefore, the case was
 

 DISMISSED.